UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

IMECCA J. WELSH,

    Plaintiff,

v.

MUNICIPAL CREDIT UNION, AND
JOHN DOE,

    Defendants.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331. *Mims v. Arrow Fin. Servs. LLC,* 132 S. Ct. 740 (U.S. 2012); 2012 U.S. LEXIS 906 (U.S. 2012). Venue in this District is proper because Plaintiff resides here and because Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, IMECCA J. WELSH, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4.    Defendant, MUNICIPAL CREDIT UNION ("MCU") is a credit union chartered under the laws of the State of New York and citizen of the State of New

York with its principal place of business at 24 Floor, 22 Cortlandt Street, New York, New York 10007.

5.    Defendant, John Doe, is a MCU related entity the precise identity of which is unknown to Plaintiff.

## FACTUAL ALLEGATIONS

6.    Defendants, or others acting on their behalf, left the following pre-recorded message on Plaintiff's voice mail on her cellular telephone on or about the date stated:

> **NOVEMBER 19, 2016 AT 2:29 PM – Pre-recorded message**
> Municipal. This is Municipal Credit Union Fraud Prevention services calling for Ms. Ashley A. Stevens. We need to verify some recent activity on your Visa debit card ending in 6376. In order to prevent possible difficulties using your card, it is important that you call us back at your earliest convenience toll free at 877-504-1031 to verify this activity. Please have either your case ID number 29285389 or your Visa card when returning our call. You may call us back 24-hours a day seven days a week. The number again is 877-504-1031. Thank you and goodbye.

7.    In addition to the foregoing message, Defendants left many other identical or very similar pre-recorded messages on Plaintiff's cellular telephone.

8.    Plaintiff is unaware of the identity of Ashley A. Stevens.

9.    Plaintiff expended time and effort dealing with Defendants messages and deprived of the use of her cellular telephone during such messages.

10.   None of Defendants telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

11.   Defendants willfully or knowingly violated the TCPA.

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

12.     Plaintiff incorporates Paragraphs 1 through 14.

13.     Defendants, or others acting on their behalf, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without her consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

    a.    Damages;

    b.    a declaration that Defendants calls violate the TCPA; and

    c.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> don@donyarbrough.com
>
> By: s/ Donald A. Yarbrough
> Donald A. Yarbrough, Esq.
> Florida Bar No. 0158658