UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  0:20-CV-62119-RKA/PMH

IMECCA J. WELSH,

      Plaintiff,

v.

MUNICIPAL CREDIT UNION, and
JOHN DOE,

      Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT AND COMPLIANCE WITH ORDER RE. SETTLEMENT CONFERENCE [ECF NO. 10]**

      Plaintiff, Imecca J. Welsh, and Defendant, MUNICIPAL CREDIT UNION ("MCU"), and their respective counsel, hereby notify the court the parties have reached a settlement.

| | |
|---|---|
| DONALD A. YARBROUGH, ESQ. | NELLES KOSTENCKI, PLLC |
| Florida Bar No.:  0158658 | Corporate Center |
| Post Office Box 11842 | 110 E. Broward Blvd., Suite 670 |
| Ft. Lauderdale, FL  33339 | Fort Lauderdale, FL  33301 |
| Telephone:  (954) 537-2000 | Telephone:    (954) 246-4800 |
| | |
| By: */s/ Donald A. Yarbrough* | By: */s/ Matthew S. Nelles* |
|     Donald A. Yarbrough |     Matthew S. Nelles |
|     don@donyarbrough.com |     Florida Bar No. 009245 |
| |     mnelles@nklawflorida.com |
| |     E. Adriana Kostencki |
| |     Florida Bar No. 84507 |
| |     akostencki@nklawflorida.com |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 30, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will serve a copy of the foregoing document on all counsel of record on the below service list.

                                                */s/   Matthew S. Nelles*
                                                Matthew S. Nelles, Esq.

## SERVICE LIST

DONALD A. YARBROUGH, ESQ.
Florida Bar No.: 0158658
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: (954) 537-2000; Fax: (954) 566-2235
don@donyarbrough.com