UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:20-cv-62119-RKA/PMH

IMECCA J. WELSH,

       Plaintiffs,

v.

MUNICIPAL CREDIT UNION, et al.,

       Defendants.
_____/

### STIPULATION OF DISMISSASL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, IMECCA J. WELSH, and Defendant, MUNICIPAL CREDIT UNION, hereby stipulate to the dismissal with prejudice of all claims asserted in this action and the withdrawal of any pending motions.  Each party will bear its own costs and attorneys' fees.

Respectfully submitted this ___ day of January, 2021.

| | |
|---|---|
| NELLES KOSTENCKI, PLLC<br>Corporate Center<br>110 E. Broward Blvd., Suite 670<br>Fort Lauderdale, FL  33301<br>Telephone:    (954) 246-4800 | DONALD A. YARBROUGH, ESQ.<br>Post Office Box 11842<br>Ft. Lauderdale, FL  33339<br>Telephone:  (954) 537-2000;<br>Fax:  (954) 566-2235 |
| By: */s/ Matthew S. Nelles*<br>    Matthew S. Nelles<br>    Florida Bar No. 009245<br>    mnelles@nklawflorida.com<br>    E. Adriana Kostencki<br>    Florida Bar No. 84507<br>    akostencki@nklawflorida.com | By: */s/ Donald A. Yarbrough*<br>    Donald A. Yarbrough, Esq.<br>    Florida Bar No.:  0158658<br>    don@donyarbrough.com<br><br>*Attorney for Plaintiff, WELSH* |

*Attorneys for Defendant,*
*MUNICIPAL CREDIT UNION*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will serve a copy of the foregoing document on all counsel of record on the below service list.

By: */s/ Matthew S. Nelles*
Matthew S. Nelles