UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-62119-CIV-ALTMAN/Hunt

**IMECCA J. WELSH**,

    *Plaintiff*,

v.

**MUNICIPAL CREDIT UNION**, *et al.*,

    *Defendants.*

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 14] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby

**ORDERS AND ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of January 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record